**Order entered May 16, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01262-CR

### ANTHONY PAZ TORRES, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-76860-P**

## ORDER

Before the Court is appellant's May 10, 2019 motion to complete the record and reset the briefing timetable. Appellant's motion is **GRANTED**.

The reporter's record submitted by court reporter Laura Weed contains only a portion of the sentencing hearing that began on September 17, 2018. Appellant believes that the remaining portion of the sentencing hearing took place on September 18, 2018, and that the missing portion may have been taken by Official Court Reporter Lisabeth Kellett.

We **ORDER** Official Court Reporter Lisabeth Kellett and court reporter Laura Weed to determine which court reporter reported the missing portion of the sentencing hearing from September 18, 2019, and to file, within **THIRTY** days of the date of this order, a supplemental

reporter's record that includes the remaining portion of the sentencing hearing not filed already with the reporter's record.

We **EXTEND** the time to file appellant's brief until **SIXTY** days from the date of this order.

We **DIRECT** the Clerk of the Court to send a copy of this order by electronic transmission to Official Court Reporter Lisabeth Kellett, court reporter Laura Weed, and to counsel for the parties.

/s/    BILL PEDERSEN, III
           JUSTICE